UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>            Petitioner,<br><br>  vs.<br><br>OZZIE D. KNEZOVICH,<br><br>            Respondent. | NO.  CV-09-286-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION AND ALL PENDING MOTIONS |

    BEFORE THE COURT are Mr. Hunter's Objections to the Report and Recommendation to deny his federal habeas petition under 28 U.S.C. § 2254 (Ct. Recs. 30 and 34).  Petitioner continues to seek his release and to recuse "All GOP Party Judges."

    After review of Mr. Hunter's submissions and for the reasons set forth by the magistrate judge, **IT IS ORDERED** the Report and Recommendation is **ADOPTED in its entirety**.  Therefore, **IT IS ORDERED** the Petition is **DENIED without prejudice** as it is ancillary to a prior habeas petition, cause number CV-09-166-CI, which is presently on appeal to the Ninth Circuit Court of Appeals.  See Peacock v. Thomas, 516 U.S. 349, 355, 116 S.Ct. 862, 133 L.Ed.2d 817 (1996).  **IT IS FURTHER ORDERED** all pending motions are **DENIED as moot.**

///

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING PETITION AND ALL PENDING MOTIONS -- 1

1  **IT IS SO ORDERED.** The District Court Executive shall enter this
2  order, enter judgment, forward a copy to Petitioner and close the
3  file.   The court further certifies that pursuant to 28 U.S.C. §
4  1915(a)(3), an appeal from this decision could not be taken in good
5  faith, and there is no basis upon which to issue a certificate of
6  appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).
7  **DATED** this  9th  day of November, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING PETITION AND ALL PENDING MOTIONS -- 2