UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL HOWARD HUNTER, )
)
        Petitioner, )
) NO.  CV-09-286-CI
    v. )
)
SPOKANE COUNTY SHERIFF, ) **JUDGMENT**
)
        Respondent. )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendation in its entirety, and the Petition is DENIED without prejudice, as it is ancillary to a prior habeas petition, cause number CV-09-166-CI, which is presently on appeal to the Ninth Circuit Court of Appeals.  All pending motions are **DENIED as moot**,  and Judgment is entered.

DATED: November 9, 2009

                                                    JAMES R. LARSEN
                                                  District Court Executive/Clerk

                                                  s/ L. Stejskal, Deputy Clerk